IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | No. 1:10-MJ-00172-DLB-(001) |
| ) | |
| vs. ) | ORDER OF RELEASE |
| ) | |
| MARIA MERAZ-GUZMAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The above named defendant having been sentenced by U. S. Magistrate Judge Sandra M. Snyder on August 11, 2010 to 27 days custody, Credit for Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED:    August 11, 2010

            /s/ Sandra M. Snyder
SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE

12/6/06 ordrelease.form

1